NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEONID MIKITYANSKIY,**
*Plaintiff-Appellant,*

v.

**THERMIONICS, INC.,**
*Defendant-Appellee.*

---

2012-1406

---

Appeal from the United States District Court for the Central District of Illinois in case no. 11-CV-3006, Judge Richard Mills.

---

**ON MOTION**

---

**O R D E R**

Thermionics, Inc. moves without opposition for leave to file a supplement to the joint appendix.

The documents, if cited in the briefs, may be included without leave of court. In any event, it appears that the documents were appended to the appellee's brief, which was rejected due to an improper addendum. The court allows the brief to be filed with the addendum, which

LEONID MIKITYANSKIY v. THERMIONICS, INC.                    2

includes the items Thermionics seeks to add to the joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent noted above. The brief submitted by the appellee on August 30 is accepted for filing.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26